UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOWLERS' ALLEY, INC.,

        Plaintiff,                   Case Number 13-13804

v.                                       Honorable David M. Lawson

THE CINCINNATI INSURANCE
COMPANY,

        Defendant.
_____/

### ORDER OF DISMISSAL

On August 12, 2015, the parties notified the Court by email that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Either party may apply to reopen the matter to enforce the settlement agreement **on or before September 26, 2015**.

It is further **ORDERED** that the defendant's motion for reconsideration [dkt. #183] and objection to the magistrate judge's order [dkt. #201] are **DISMISSED** as moot.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: August 12, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 12, 2015.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI